IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SIKES CONCRETE, INC., AND AMERICAN FIRE AND CASUALTY COMPANY,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

Appellants,

v.

CASE NOS. 1D16-2054 & 1D16-4018

BREAK-N-GROUND, LLC, RHONDA WILLIAMS, NICHOLAS WILLIAMS, REED HOLLOWAY, AND DAVID RUNYON A/K/A DAVID WHITE A/K/A MICKEY WHITE A/K/A "DW",

Appellees.

_____/

Opinion filed August 9, 2017.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Julie Ann Sombathy of Isler & Sombathy, Panama City; Jeffrey P. Whitton, Panama City, for Appellants.

Bill R. Hutto of Hutto & Bodiford, Panama City, for Appellees.

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and M.K. THOMAS, JJ., CONCUR.